IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 07 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:19CR 00445 SWW |
| ) | |
| vs. ) | 18 U.S.C. §922(g)(1) |
| ) | |
| AFAN HUMPHREY ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about January 9, 2019, the defendant,

AFAN HUMPHREY,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.   Three Counts of Residential Burglary and Three Counts of Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR 2017-3855; and

2.   Residential Burglary and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR 2017-4375.

B.   On or about January 9, 2019, in the Eastern District of Arkansas, the defendant,

AFAN HUMPHREY,

knowingly possessed, in and affecting commerce, a firearm, that is: a High Standard .22 caliber pistol, bearing serial number 349986, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, AFAN HUMPHREY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page attached.]